**SAO**
JOHN E. GORMLEY, ESQ.
Nevada Bar No. 1611
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
jgormley@ocgd.com
Phone: (702) 384-4012
Fax:    (702) 383-0701
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE CO., A Rhode Island corporation, <br><br> Plaintiff, <br><br> v. <br><br> FIREMEN'S FUND INSURANCE CO., a California Corporation; BEST WESTERN INTERNATIONAL, INC., an Arizona corporation d/b/s BEST WESTERN MARDI GRAS INN; JEANINE GIBSON, an individual; DOES I through X, inclusive; and ROE CORPORATIONS 1 through 100, inclusive, <br><br> Defendants. | CASE NO: 2:11-CV-01009-JCM-CWH |

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the above-entitled cause of action, shall be dismissed without prejudice, based on the Settlement Agreement and Tolling Agreement reached between FIREMAN'S FUND INSURANCE COMPANY and METROPOLITAN GROUP PROPERTY AND CASUALTY

. . .

Metropolitan Group v. Firemen's Fund, et al.
Case No. 2:11-CV-01009-JCM-CWH
Stipulation and Order of Dismissal

INSURANCE COMPANY, each of the parties to bear their own costs and attorneys' fees herein incurred.

DATED this 21 day of Feb, 2012.

OLSON, CANNON,
GORMLEY & DESRUISSEAUX

By _____
JOHN E. GORMLEY, ESQ.
Nevada State Bar No. 001611
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Plaintiff

EGLET WALL

By _____
ROBERT T. EGLET, ESQ.
Nevada Bar No. 003402
TRACY A. EGLET, ESQ.
Nevada Bar No. 006419
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 008857
400 South Fourth Street, #600
Las Vegas, Nevada 89101
Attorneys for Defendant
JEANINE GIBSON

TRESSLER LLP

By _____
ADAM C. HACKETT, ESQ.
CA SBN 220679
18100 Von Karman Avenue, Suite 800
Irvine, California 92612
Attorneys for Defendant
FIREMEN'S FUND INSURANCE CO.

LEWIS BRISBOIS BISGAARD
& SMITH LLP

By _____
JOSH C. AICKLEN, ESQ.
Nevada Bar No. 007254
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for Defendant
BEST WESTERN MARDI GRAS INN

## ORDER

IT IS SO ORDERED that this case be dismissed without prejudice as to Defendants, and all parties are to bear their own costs and attorneys fees.

DATED this _____ day of _____, 2012.

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE
JAMES C. MAHAN

Page 2 of 24

Metropolitan Group v. Firemen's Fund, et al.<br>
Case No. 2:11-CV-01009-JCM-CWH<br>
Stipulation and Order of Dismissal

INSURANCE COMPANY, each of the parties to bear their own costs and attorneys' fees herein incurred.

DATED this _____ day of _____, 2012.

| OLSON, CANNON, GORMLEY & DESRUISSEAUX | TRESSLER LLP |
|---|---|
| By_____<br>JOHN E. GORMLEY, ESQ.<br>Nevada State Bar No. 001611<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorneys for Plaintiff | By_____<br>ADAM C. HACKETT, ESQ.<br>CA SBN 220679<br>18100 Von Karman Avenue, Suite 800<br>Irvine, California 92612<br>Attorneys for Defendant<br>FIREMEN'S FUND INSURANCE CO. |
| EGLET WALL | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By_____<br>ROBERT T. EGLET, ESQ.<br>Nevada Bar No. 003402<br>TRACY A. EGLET, ESQ.<br>Nevada Bar No. 006419<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 008857<br>400 South Fourth Street, #600<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant<br>JEANINE GIBSON | By_/s/ Paul A. Cusano_ 1044/<br>JOSH C. AICKLEN, ESQ.<br>Nevada Bar No. 007254<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Attorneys for Defendant<br>BEST WESTERN MARDI GRAS INN |

## ORDER

IT IS SO ORDERED that this case be dismissed without prejudice as to Defendants, and all parties are to bear their own costs and attorneys fees.

DATED this _____ day of _____, 2012.

_____
**HONORABLE UNITED STATES
DISTRICT COURT JUDGE
JAMES C. MAHAN**

Metropolitan Group v. Firemen's Fund, et al.
Case No. 2:11-CV-01009-JCM-CWH
Stipulation and Order of Dismissal

INSURANCE COMPANY, each of the parties to bear their own costs and attorneys' fees herein incurred.

DATED this _____ day of _____, 2012.

OLSON, CANNON,
GORMLEY & DESRUISSEAUX

By_____
JOHN E. GORMLEY, ESQ.
Nevada State Bar No. 001611
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Plaintiff

EGLET WALL

By_____
ROBERT T. EGLET, ESQ.
Nevada Bar No. 003402
TRACY A. EGLET, ESQ.
Nevada Bar No. 006419
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 008857
400 South Fourth Street, #600
Las Vegas, Nevada 89101
Attorneys for Defendant
JEANINE GIBSON

TRESSLER LLP

By /s/ Adam C. Hackett, Esq.
ADAM C. HACKETT, ESQ.
CA SBN 220679
18100 Von Karman Avenue, Suite 800
Irvine, California 92612
Attorneys for Defendant
FIREMEN'S FUND INSURANCE CO.

LEWIS BRISBOIS BISGAARD
& SMITH LLP

By_____
JOSH C. AICKLEN, ESQ.
Nevada Bar No. 007254
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for Defendant
BEST WESTERN MARDI GRAS INN

### ORDER

IT IS SO ORDERED that this case be dismissed without prejudice as to Defendants, and all parties are to bear their own costs and attorneys fees.

DATED February 24, 2012.

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE
JAMES C. MAHAN